FILED JUL 27 '22 PM 2:22 USDCALS

IN The United States District Court
For The Southern DISTRICT OF ALABAMA (MOBI.

United STATES OF AMERICA
(Plaintiff)

Case No.
1:12-cr-00006-CG-B
1:18-cr-00105-CG-B

Freddy Paul Foreman Defendant

MOTION TO FACILITATE HARDSHIP

Comes Now the defendant Freddy Paul Foreman, (herein after Foreman or Defendant) pro se' and in Absentia with this Motion. Pleading by pro se' litigants are read more liberally than those drafted by Attorney's (Osahar. V. United States Postal Office Service 297 Fed. Approx 863.864, 11th Circuit 2008.)

In addition pro se' pleadings are held to less stringent standard than pleadings prepared by Attorney's and will therefore be liberally construed (Tannenbaum V. United States F. 3d 1262, 1263 11th Circuit 1998.)

Hereby Defendant respectfully request that this Honorable Court will take into consideration that the defendant was held in the county Jail for __4__ months after sentenced by this Honorable Court Due to the Covid 19 Pandemic. Which precluded the Defendant from the opportunity of participation in Productive Activities and Programing for Rehabilitation which the Defendant would have been eligible to participate absent the Pandemic. Thus relinquishing Defendant of Approx __40-60__ days credit due to Programming and __180-240__ days of Home Confinement of his sentence coinciding with the First Step Act.

The Defendant Respectfully Request this Honorable Court find this Hardship Dutifully Warranted a Commute __40-60__ days credited to the defendant __180-240__ days of Defendants Sentence to Home Confinement

Done this 23rd of July

Respectfully Submitted
Freddy Paul Foreman

Date: 7/23/22

Freddy Paul Foreman 12501-003
FCI Edgefield
P.O. Box 725
Edgefield, SC, 29824

Charles. R. Diard Jr. - Clerk of Court
U.S. District Court Southern District
113 St. Joseph St
Mobile, AL. 36602

