FILED SEP 23 '24 PM 2:10 USDCALS

To Whom It May Concern:    12-CV-6-CG

My name is Freddy Foreman US Marshal # is 12501-003. I need my Judgement an Comitmant an my Docket Sheet for my 924(C) in 2012 Case # 92412-CR06-CG. Thank You an God Bless

Freddy Foreman
12501-003

Freddy Foreman FISOR 005
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171

17 SEP 2024 PM 2 L

TO *Court Clerk*
*155 St Joseph st*
*Mobile, Al*
*36602*

36602-391455